

Nicole G. True, Bar No. 12879
Nicole.True@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel:     602.262.5311
Fax:     602.262.5747

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Bradley Sternfels,<br><br>        Plaintiff,<br><br>v.<br><br>Mutual of Omaha Insurance Company; United of Omaha Life Insurance Company; DOES I through X; AND ROE CORPORATION 1-10, inclusive,<br><br>        Defendants. | CASE NUMBER.: 2:25-cv-112<br><br>**STIPULATION TO EXTEND THE DEADLINE TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

      Plaintiff Bradley Sternfels, and Defendants Mutual of Omaha Insurance Company ("Mutual of Omaha") and United of Omaha Life Insurance Company ("United of Omaha") hereby stipulate to an extension of time for Defendants to respond to Plaintiff's Complaint to February 5, 2025. This is the parties' first request for extension.

      DATED this 21st day of January 2025

| | |
|---|---|
| KIRK T. KENNEDY, ESQ. | WOMBLE BOND DICKINSON (US) LLP |
| By: */s/ Kirk T. Kennedy (w/ permission)* | By: */s/ Nicole G. True* |
|     Kirk T. Kennedy, Bar No. 5032<br>    ktkennedylaw@gmail.com<br>815 S. Casino Center Blvd.<br>Las Vegas, NV  89101<br>Tel.: 702.385.5534<br>*Attorney for Plaintiff* |     Nicole G. True, Bar No. 12879<br>    Nicole.True@wbd-us.com<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ  85004<br>Tel.: 602.262.5311<br>Fax: 602.262.5747<br>*Attorneys for Defendants* |

127245263.1

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 23, 2025