KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRADLEY STERNFELS,                    )   2:25-cv-00112-JAD-BNW
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )
                                      )
UNITED OF OMAHA LIFE INSURANCE        )
COMPANY; a foreign corporation;       )
DOES I through X, inclusive,          )
ROE CORPORATIONS 1-10, inclusive,     )
                                      )
          Defendants.                 )
_____)

**STIPULATION TO FILE THIRD AMENDED COMPLAINT AND RELATED RELIEF**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, BRADLEY STERNFELS, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, UNITED OF OMAHA LIFE INSURANCE COMPANY, by and through its undersigned counsel, NICOLE G. TRUE, ESQ., that the parties stipulate as follows:

1. The Plaintiff shall be allowed to file a third amended complaint to allege a clarified claim pursuant to the Employee Retirement Income Security Act of 1974 (ERISA). The Plaintiff previously filed a second amended complaint, ECF 9, to address his ERISA based claims, however, a further review necessitates a claim clarification with a third amended complaint to allege solely a claim for relief under 29 U.S.C. Section 1132(a)(1)(b). This further amendment will assist in setting forth the full nature of Plaintiff's claim for the Court's consideration.

2. The Plaintiff's third amended complaint shall be due for filing no later than February 28, 2025; and

3. The Defendant shall have until March 14, 2025, to file any responsive pleading to the third amended complaint.

This Stipulation is entered between the parties for good cause and for purposes of judicial economy to clarify the nature of Plaintiff's claim and allow the Defendant sufficient time to respond.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 2/24/25

/s/Nicole G. True
NICOLE G. TRUE, ESQ.
Nevada Bar No: 12879
Womble Bond Dickinson (US) LLP
201 E. Washington St., Ste. 1200
Phoenix, AZ 85004
(602) 262-5311
Attorney for Defendant
United of Omaha Life Insurance Company

Dated: 2/24/25

**ORDER**

IT IS SO ORDERED.

Dated this 25 day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff