Nicole G. True, Bar No. 12879
Nicole.True@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
201 East Washington Street, Suite 1200
Phoenix, AZ  85004
Tel:     602.262.5311
Fax:    602.262.5747

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY STERNFELS, | CASE NO: 2:25-cv-00112 |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSE AND REPLY RE: RULE 52 MERITS BRIEFING** |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY; DOES I through X; AND ROE CORPORATION 1-10, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

The parties hereby stipulate to an extension of the remaining Rule 52 briefing deadlines by two weeks. This is the first stipulation for an extension of time to file the remaining briefing. Plaintiff filed his Motion for Judgment Pursuant to FRCP 52 RE: ERISA Violation (the "Motion") on August 25, 2025. Defendant United of Omaha Life Insurance Company's ("United of Omaha") response is currently due September 26, 2025, and Plaintiff's reply is due October 20, 2025.

This request is made in good faith, and not for purposes of delay. Undersigned counsel has had unanticipated familial obligations that have placed additional burdens on their already tight schedule. Accordingly, United of Omaha requests this additional time to allow it to adequately prepare its response to Plaintiff's Motion. The parties agree to extend the deadline for Plaintiff to file his reply in support of his Motion as well to accommodate the response extension. The parties request the Discovery Plan and Scheduling Order be amended as follows:

4920-2862-4747.1

5. **Rule 52 Briefing on the Merits of the Case:** Defendant's response memorandum will be due **October 10, 2025**, and the reply memoranda will be due by **November 3, 2025**.

All other dates in the Scheduling Order will remain unchanged.

DATED this 24th day of September, 2025.

| LAW OFFICE OF KIRK T. KENNEDY | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| By: _/s/Kirk T. Kennedy w/ permission_<br>Kirk T. Kennedy, Bar No. 5032<br>ktkennedylaw@gmail.com<br>815 S. Casino Center Blvd.<br>Las Vegas, Nevada 89101<br>Tel: 702.385.5534<br>*Attorneys for Plaintiff* | By: _/s/Nicole G. True_<br>Nicole G. True, Bar No. 12879<br>Nicole.True@wbd-us.com<br>201 East Washington Street, Suite 1200<br>Phoenix, AZ 85004<br>Tel.: 602.262.5311<br>Fax: 602.262.5747<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 9/30/2025

- 2 -

4920-2862-4747.1